IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:20-cv-3551 |

### PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, the State Attorneys General, respectfully request that this Court enter the proposed Consent Judgment, attached as Exhibit 1, for the following reasons:

1. The parties have reached an agreement, set forth in the terms of the Consent Judgment, to resolve the Plaintiffs' claims against the Defendant.

2. The entry of the Consent Judgment promotes the orderly resolution of controversy and judicial economy and is in the public interest.

Wherefore, the Plaintiffs move this Court to enter the proposed Consent Judgment. As required by LCvR 7(m) the Plaintiffs have discussed this motion with counsel for the Defendant and can report that the Defendant does not oppose this motion.

Respectfully submitted,

For Plaintiffs:

/s/ Patrick Madigan
PATRICK MADIGAN
Assistant Attorney General
Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut St.
Des Moines, IA 50319
Tel: 515-281-5926
Patrick.Madigan@ag.iowa.gov


/s/ Sasha Funk Granai
SASHA FUNK GRANAI
Deputy Director
Consumer Protection Division
Office of the Florida Attorney General
3507 E. Frontage Road, Suite 325
Tampa, FL 33607
Tel.: 813-287-7950
Sasha.FunkGranai@myfloridalegal.com


Dated: December 7, 2020